IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHRISTIE LAURA GRACE
f/k/a CHRISTIE LYNN LORD,

Plaintiff,

v.

Case No. 20-cv-280-jdp

UNITED STATES OF AMERICA,
ANASTASIA M. BAIER and DOES 1-10,

Defendants.

## ORDER OF DISMISSAL OF DEFENDANT BAIER

The Court, having been fully apprised that the Attorney General's designee has

certified that the individual Defendant Anastasia M. Baier was acting within the scope

of her employment at the time of the incident giving rise to this suit, and the Court

having been apprised of the substitution of the United States for Defendant Baier

pursuant to 28 U.S.C. § 2679(d)(2), ORDERS as follows:

1.  Plaintiff's claims set forth in the complaint are DISMISSED as to defendant
    Anastasia M. Baier because the exclusive remedy for such claims is an
    action against the United States of America and the United States has been
    substituted for Defendant Baier.

2.  The caption of this action shall be amended to reflect the substitution of the
    United States for Defendant Baier.

Dated this 12 TH day of _____JUNE_____, 2020.


JAMES D. PETERSON
United States District Judge